1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Branch Chief, Fresno Office
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5

6  IN THE UNITED STATES DISTRICT COURT

7  FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,    )   Case No. 1:23-CR-00079-JLT
                                )
10         *Plaintiff,*          )   **APPLICATION AND ORDER**
                                )   **APPOINTING COUNSEL**
11  vs.                         )
                                )
12  ARDELA DENISE ANDREA        )
    HARRIS,                     )
13                              )
           *Defendant.*          )
14                              )

15

16  Defendant, Ardela Denise Andrea Harris, through the Federal Defender for the Eastern

17  District of California, hereby requests appointment of counsel for assistance in seeking early

18  termination of her supervised release that began on or about February 2023.

19  Ms. Harris was sentenced on February 25, 2020, and was sentenced to 41 months custody

20  and 3 years of Supervised Release. Probation contacted our office and requested that we seek

21  appointment.

22

23  Ms. Harris submits the attached Financial Affidavit as evidence of her inability to retain

24  counsel at this time. After reviewing her Financial Affidavit, it is respectfully recommended that

25  counsel be appointed to assist with terminating her supervised release.

26  DATED: January 10, 2024                           */s/ Eric V Kersten*
                                                      ERIC V. KERSTEN
27                                                    Assistant Federal Defender
                                                      Branch Chief, Fresno Office
28

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __January 10, 2024__        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE