IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ARDELA DENISE ANDREA HARRIS,<br><br>    Defendant. | Case №: 1:23-CR-00079-1-JLT<br><br>**O R D E R<br>APPOINTING COUNSEL** |

The above named Defendant has, under oath, sworn or affirmed as to her financial inability to employ counsel or has otherwise satisfied this Court that she is financially unable to obtain counsel and wishes counsel be appointed to represent her.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Carolyn Phillips be appointed to represent the above defendant in this case for seeking Early Termination of Supervised Release, effective *nunc pro tunc* to January 18, 2024.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:  **January 23, 2024**          /s/ Barbara A. McAuliffe
                                                      UNITED STATES MAGISTRATE JUDGE