Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California 93755-5622
Telephone: 559/248-9833
cdp18@sbcglobal.net

Attorney for Ardela Harris

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. 1:23-cr-00079 JLT |
| *Plaintiff,* | **MOTION TO TERMINATE CJA APPOINTMENT OF CAROLYN PHILLIPS AS ATTORNEY OF RECORD AND [~~PROPOSED~~ ORDER]** |
| v. | |
| ARDELA HARRIS, | |
| *Defendant.* | |

On April 13, 2023, the jurisdiction of defendant's supervision was transferred from the Southern District of Texas to the Eastern District of California. Doc. 1. Ms. Harris had been convicted in the Southern District of Texas Case No. 5:19-cr-011010-002, of conspiracy to transport and move, and attempt to transport and move, an undocumented alien in the United States by means of transportation and otherwise, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), (v)(I), and (a)(1)(B)(i), and sentenced to 41

months of imprisonment and three years of supervision.  Doc. 4 at 14-15.

On January 23, 2024, the Court appointed undersigned counsel to represent Ms. Harris in requesting early termination of supervision.  Doc. 7.

On November 19, 2024, Ms. Harris advised counsel that she wished to remain in supervision.  Counsel confirmed her decision December 9, 2024.  CJA attorney Carolyn Phillips now moves to terminate her appointment under the Criminal Justice Act.

Should Harris require further legal assistance she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559)487-5561 (collect) or (855)656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist her.

Dated:  December 9, 2024                    Respectfully submitted,

/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
ARDELA HARRIS

### [PROPOSED] ORDER

Having reviewed the notice and found that the services for which attorney Carolyn Phillips was appointed are no longer needed, the Court hereby grants attorney Carolyn Phillips's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559)487-5561 (collect)

*MOTION TO TERMINATE CJA APPOINTMENT OF CAROLYN PHILLIPS AS ATTORNEY OF RECORD AND [PROPOSED ORDER]*   2

or (858)656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of the Court is directed to serve a copy of this order on Defendant Leyva at the following address and to update the docket to reflect Defendant's pro se status and contact information.

   Ardela Harris
   227 E. Tuolumne
   Fresno, CA  93706

Dated:  December 10, 2024

JENNIFER L. THURSTON
U.S. District Court Judge